UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB S. ADAMS, JR., | Civil Action No. 15-8648 (FLW) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

*Pro se* Petitioner Jacob S. Adams, Jr., a prisoner confined at Fairton, FCI, seeks to file a motion to vacate pursuant 28 U.S.C. § 2241. Petitioner has neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed *in forma pauperis* ("IFP") that contains a certification by an authorized official at his place of confinement certifying Petitioner's institutional account for the preceding six months, as required under L.Civ.R. 81.2(b). [1]

THEREFORE, it is on this 4th day of January, 2016;

ORDERED that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

---

[1] The Court also notes that mail sent to Petitioner by the Clerk of the Court at the address he provided was returned as undeliverable. (*See* ECF No. 2.) However, the Federal Bureau of Prisons Inmate Locator, available at http://www.bop.gov/inmateloc/, indicates that Petitioner's address and SBI number on file with the Court are correct.

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case (DNJ-PRO-SE-007-B.pdf), for use by a prisoner; and it is further

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608; Petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, signed petition, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

      /s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge